1  LAWRENCE J. HILTON (STATE BAR NO. 156524)
   lhilton@hewittoneil.com
2  JENNIFER SUN (STATE BAR NO. 238942)
   jsun@hewittoneil.com
3  HEWITT & O'NEIL LLP
   19900 MacArthur Blvd., Suite 1050
4  Irvine, California 92612
   Telephone: (949) 798-0500
5  Facsimile: (949) 798-0511

6  Attorneys for Plaintiff and Counterdefendant
   ECONO LUBE N' TUNE, INC.

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ECONO LUBE N' TUNE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GERZ, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. SACV08-00598 CJC (MANx)<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] ; ORDER THEREON<br><br>Hon. Cormac J. Carney<br><br>Discovery cut-off: August 19, 2009<br>Pretrial conference: November 2, 2009<br>Trial: November 10, 2009 |

This Stipulation, entered into by and among Plaintiff and Counterdefendant ECONO LUBE N' TUNE, INC. ("Econo Lube"), and Defendant ROBERT GERZ ("Gerz"), who collectively comprise all parties who have appeared in the above-captioned action (the "Parties"), is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with reference to the following recitals:

**WHEREAS,** Econo Lube filed its Complaint commencing the above-captioned action on May 29, 2008;

**WHEREAS,** Gerz filed his Counterclaim against Econo Lube and Driven Brands, Inc. on or about August 22, 2008;

H&O: #77502 v1

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

1     **WHEREAS,** on September 17, 2009, the Parties settled their dispute during a
2 mediation before Hon. John Leo Wagner at Judicate West; and,

3     **WHEREAS,** the Parties desire to stipulate to the dismissal, with prejudice, of
4 Econo Lube's claims and causes of action against Gerz, and Gerz's counterclaims
5 and causes of action against Econo Lube and Driven Brands, Inc.

6     **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the
7 Parties, through their designated counsel of record, that the claims asserted by
8 Econo Lube in the above-captioned action be and hereby are dismissed with
9 prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

10     **IT IS FURTHER STIPULATED** by and between the Parties, through their
11 designated counsel of record, that the counterclaims of Gerz in the above-captioned
12 action be and hereby are dismissed with prejudice pursuant to Rule 41(a) of the
13 Federal Rules of Civil Procedure.

15 DATED: October 28, 2009      HEWITT & O'NEIL LLP
    LAWRENCE J. HILTON
16     JENNIFER SUN

18     By: _/s/ Jennifer Sun_

19     Attorneys for Plaintiff and Counterdefendant
    ECONO LUBE N' TUNE, INC.

22 DATED: October 28, 2009      WASSERMAN, COMDEN & CASSELMAN LLP
    I. DONALD WEISSMAN

24     By: _/s/ I. Donald Weissman_

26     Attorneys for Defendant and Counterclaimant
    ROBERT GERZ

IT IS SO ORDERED

Dated 11/3/09

United States District Judge